UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

TONY BONURA, individually, and on behalf of others similarly situated,

    Plaintiff,

vs.

UHL VENTURES LLC d/b/a SERVPRO OF JAMESTOWN/OLEAN and WILLIAM UHL,

    Defendants.

No.: 1:22-cv-395(JLS)(JJM)

## JOINT MOTION FOR FINAL APPROVAL OF COLLECTIVE ACTION SETTLEMENT

Plaintiff Tony Bonura and Defendants Uhl Ventures LLC d/b/a Servpro of Jamestown/Olean and William Uhl (collectively the "Parties") respectfully move for an order: (1) granting final approval of the Settlement and final certification of the Collective pursuant to 29 U.S.C. § 216(b); (2) adjudging the terms of Settlement to be fair and reasonable; (3) directing the Settlement Administrator and the Parties to carry out the Settlement's terms and provisions, including the distribution of Settlement Awards to Participating Collective Members; (4) dismissing this Action on the merits, with prejudice, in accordance with the terms of this Agreement.

This motion is based on the Collective Action Settlement Agreement and Declaration of Plaintiff's counsel Nicholas Conlon that were filed on September 2, 2023, (ECF Nos. 47, 50), as well as the contemporaneously filed Declaration of Cassandra Polites (Senior Case Manager for the Claims Administrator) (filed as Exhibit 1 hereto), and argument of Counsel.

Dated: June 24, 2024

Respectfully submitted,

| | |
|---|---|
| */s/ Patrick Almonrode* <br> Patrick Almonrode (*admitted pro hac vice*) <br> Nicholas Conlon (*admitted pro hac vice*) <br> Brown, LLC <br> 111 Town Square Pl, Suite 400 <br> Jersey City, NJ 07310 <br> Phone: (877) 561-0000 <br> Facsimile: (855) 582-5297 <br> patrickalmonrode@jtblawgroup.com <br> nicholasconlon@jtblawgroup.com <br><br> *Attorneys for Plaintiff and Participating Collective Members* | */s/ Michael E. Hickey* <br> Michael E. Hickey <br> Bond, Schoeneck & King, PLLC <br> Avant Building 200 Delaware Avenue Suite 900 <br> Buffalo, NY 14202 <br> T: (716) 416-7000 <br> F: (716) 416-7001 <br> mhickey@bsk.com <br><br> *Attorneys for Defendants* |

## **CERTIFICATE OF SERVICE**

The Undersigned certifies that on June 24, 2024, the foregoing document was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's Electronic Filing System. Parties may access this filing through the Court's system.

By:     */s/ Patrick Almonrode*
               Patrick Almonrode